**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01576-CV

**JUDITH KAREN BESHEARS, Appellant**

**V.**

**DONALD BESHEARS, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-52873-98**

## ORDER

We **GRANT** appellant's May 1, 2013 motion for an extension of time to file a reply brief. Appellant shall file her reply brief on or before Monday, May 13, 2013.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE